IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHRISTOPHER LEOW,

    Plaintiff,

v.                                                          Case No.  1:15cv34-MW/GRJ

CITY OF GAINESVILLE,
PUBLIC WORKS DEPARTMENT,

    Defendant.
_____/

ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation.  ECF No. 4.   Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  Plaintiff's complaint, ECF No. 1, is **DISMISSED** for failure to state a claim upon which relief may be granted.  All other pending motions are denied and the Clerk shall close the file.

**SO ORDERED on April 7, 2015.**

                                                     **s/Mark E. Walker**
                                                   **United States District Judge**